IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| STEWART LEE ROTH | ) | CASE NO. 4-09-02454-JMM |
| KAREN LEE ROTH | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 14 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $430.52 | $2.13 |
| 17 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $291.28 | $1.44 |
| 21 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $924.82 | $4.57 |

Dated: November 2, 2010  /s/ SJK_____
Stanley J. Kartchner, Trustee