IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| STEWART LEE ROTH | ) | CASE NO. 4-09-02454-JMM |
| KAREN LEE ROTH | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **2** | **SYSCO FOOD SERVICES OF ARIZONA, INC.**<br>**C/O BURTON LIPPMAN LAW GROUP, P.C.**<br>**5450 E 5TH ST**<br>**Tucson AZ 85711** | **$6,703.45** | **$33.11** |

_____4/4/11_____ /s/ SJK_____
  Date     Stanley J. Kartchner, Trustee